**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)  Case Number **05–50094**

# UNITED STATES BANKRUPTCY COURT
Western District of North Carolina (Wilkesboro)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/20/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>James Matthew Wagoner<br>P O Box 271<br>Hays, NC 28635 | Lonie Marie Taylor Wagoner<br>P O Box 271<br>Hays, NC 28635 |
|---|---|
| Case Number:<br>05–50094 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–7910<br>xxx–xx–6891 |
| Attorney for Debtor(s) (name and address):<br>James B. Mallory III<br>Attorney At Law<br>Post Office Box 7<br>Statesville, NC 28687<br><br>Telephone number: (704) 872–1911 | Bankruptcy Trustee (name and address):<br>James T. Ward Sr.<br>404 Bethel Street<br>P. O. Box 240<br>Clover, SC 29710–0240<br><br>Telephone number: 803–222–4014 |

### Meeting of Creditors:

Date: **February 18, 2005**    Time: **10:00 AM**

Location: **Hayes Federal Building, 207 West Main Street, 2nd Floor, Wilkesboro, NC 28697**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
4/19/05

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

The trustee will collect the debtor's property and turn any that is not exempt into money. At this time, however, it appears from the schedules of the debtor that there are no assets from which any distribution can be paid to creditors. If at a later date it appears that there are assets from which a distribution may be paid, the creditors will be notified and given an opportunity to file claims.

| **Address of the Bankruptcy Clerk's Office:**<br>Wilkesboro Division<br>P.O. Box 34189<br>Charlotte, NC 28234–4189<br><br>Telephone number: 704–350–7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>David E. Weich |
|---|---|
| Hours Open: 8:30 AM – 5:00 PM, Monday – Friday | Date: 1/21/05 |

**EXPLANATIONS** FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; garnishing or deducting from the debtor's wages; and starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

––– Refer to Other Side for Important Deadlines and Notices –––

NOTICE IS HEREBY GIVEN that if the debtor fails to appear at the first meeting of creditors, or if the debtor fails to file all schedules, statements, lists and other documents required to be filed by the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules of this Court within the time period set forth in these rules, the debtor's case will be subject to dismissal without further notice or opportunity for hearing.

APPOINTMENT OF TRUSTEE This notice constitutes an order of the court appointing the trustee named on the front side as the interim trustee to serve under general blanket bond.

Pursuant to the July 31, 2001 Administrative Order Regarding Maintenance of Documents. "Effective 8/1/01 the court will not maintain case files for documents filed with the court. After documents are processed with the court, the court will return original documents, and copies to the filer.....Originals of filed documents containing the debtor's signature, including the debtor's verification of a pleading or other document, must be maintained by the filer for a period of four years. Documents that the court is unable to return will be recycled."

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

0094    Doc 3    Filed 01/23/05    Entered 01/24/05 01:36:17    Desc Imaged
        Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0419-5            User: shirahr              Page 1 of 1            Date Rcvd: Jan 21, 2005
Case: 05-50094                  Form ID: b9a               Total Served: 17
```

```
The following entities were served by first class mail on Jan 23, 2005.
db       +James Matthew Wagoner,    P O Box 271,    Hays, NC 28635-0271
db       +Lonie Marie Taylor Wagoner,    P O Box 271,    Hays, NC 28635-0271
aty      +James B. Mallory, III,    Attorney At Law,    Post Office Box 7,    Statesville, NC 28687-0007
tr        James T. Ward, Sr.,    404 Bethel Street,    P. O. Box 240,    Clover, SC  29710-0240
ust      +U.S. Bankruptcy Administrator,    402 W. Trade Street,    Suite 200,    Charlotte, NC 28202-1673
2470272  +Fingerhut,   Axsys Natl Bank,    11 McLeland Road,    Saint Cloud MN 56372-0001
2470274  +Lowe's,    P O Box 981064,    El Paso TX 79998-1064
2470275  +NC Department of Revenue,    P O Box 1168,    Raleigh NC 27602-1168
2470276  +North Wilkesboro Emergency Services,    P O Box 532693,    Atlanta GA 30353-2693
2470277  +Prime Acceptance,    P O Box 5096,    Chicago IL 60680-5096
2470279  +Security Financial,    308 Wilkesboro Ave.,    North Wilkesboro NC 28659-4228
2470280  +Vanderbilt Mortgage,    7800 McCloud Rd,    Greensboro NC 27409-9634
2470281  +Wells Fargo Financial,    P O Box 98784,    Las Vegas NV 89193-8784
2470282   Wilkes County Tax Collector,    Courthouse, Main Street,    Wilkesboro NC 28697
2470283  +Wilkes Regional Medical Cntr,    P O Box 609,    North Wilkesboro NC 28659-0609

The following entities were served by electronic transmission on Jan 21, 2005 and receipt of the transmission
was confirmed on:
tr         EDI: QJTWARD.COM Jan 21 2005 18:44:00     James T. Ward, Sr.,    404 Bethel Street,    P. O. Box 240,
            Clover, SC  29710-0240
2470272  +EDI: TSYS2.COM Jan 21 2005 18:44:00      Fingerhut,   Axsys Natl Bank,    11 McLeland Road,
            Saint Cloud MN 56372-0001
2470273  +EDI: IRS.COM Jan 21 2005 18:44:00      Internal Revenue Service,    Attn Special Procedures,
            320 Federal Place,    Greensboro NC 27401-2718
2470275  +EDI: NCDEPREV.COM Jan 21 2005 18:44:00      NC Department of Revenue,    P O Box 1168,
            Raleigh NC 27602-1168
2470278  +EDI: PHINRJMA.COM Jan 21 2005 18:44:00      RJM Acquisitions LLC,    P O Box 18006,
            Hauppauge NY 11788-8806
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2005          Signature:    *Joseph Speetjens*