```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                          WILKESBORO DIVISION
```

|  |  |
|---|---|
| IN RE:<br>JAMES MATTHEW WAGONER<br>LONIE MARIE TAYLOR WAGONER<br><br>SSN: xxx-xx-7910<br>SSN: xxx-xx-6891<br><br>            Debtor | Case No.  05-50094<br>Chapter  7<br><br>MOTION TO AVOID NON-PURCHASE<br>MONEY LIEN ON PERSONAL<br>PROPERTY PURSUANT TO 11 U.S.C.<br>522 AND FRBP RULE 4003(d) |

NOW COMES the Debtor in the above-captioned proceeding pursuant to 11 U.S.C. 522(f) and Rule 4003(d) of the Federal Rules of Bankruptcy Procedures through counsel who moves the Court to avoid the non-possessory, non-purchase money lien of **WELLS FARGO FINANCIAL** (hereinafter referred to as "the Creditor") on the personal property described herein in which the Debtor has an interest, and says as follows:

1. This case was commenced by the filing of a voluntary petition for relief under the Bankruptcy Code, Title 11 of the United States Code.

2. The Debtor address is  P O Box 271, Hays, NC 28635 (1231 Shumate Mountain Road).

3. The Creditor address is  4137 121st Street, Urbandale, IA 50323.

4. The creditor obtained a non-possessory, non-purchase money security interest in property in which the Debtor has an interest and which consists of one or more of the items of personal property that are specified in 11 U.S.C. 522(f) (2) (A)-(C).

5. The personal property to which the lien applies is more specifically described as  Household Goods                        .

6. The value of the Debtor interest in this personal property at time of Chapter 13 filing was  $2,220.00      .

7. The personal property which this lien encumbers is property which the Debtor is entitled to exempt under 11 U.S.C. 522(b) and N.C.G.S. 1C-1601(a)(4), and the amount of this exemption is  $3,000.00    .

8. The existence of this lien impairs this exemption to which the Debtor is entitled under 11 U.S.C. 522 (b).

    WHEREFORE, the Debtor respectfully prays that the Court issue an Order compelling the Creditor to cancel and avoid the lien upon the personal property described herein, and for such other and further relief as to the Court may seem just and proper.

    THIS the 22nd day of February, 2005.

 

                                                    _____
                                                    James B. Mallory III
                                                    Bar No. <u>12479</u>
                                                    Attorney for Debtor

OF COUNSEL:

JAMES B. MALLORY III
ATTORNEY AT LAW
P O BOX 7
STATESVILLE, NORTH CAROLINA 28687

```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF NORTH CAROLINA
                           WILKESBORO DIVISION

IN RE:                              )    CASE NO: 05-50094
                                    )    Chapter: 7
JAMES MATTHEW WAGONER               )
LONIE M. TAYLOR WAGONER             )    NOTICE OF OPPORTUNITY
                                    )    FOR HEARING
                                    )    (No-Protest Notice: No
                                    )    Hearing Will Be Held
                       Debtor       )    Unless Request For
                                    )    Hearing Is Filed)
```

    **TAKE NOTICE** that <u>JAMES & LONIE WAGONER</u> have filed papers with the Court to **Avoid a Lien on Household Goods**.  A copy of these paper(s) are included with this Notice.

    <u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

    If you do not want the Court to order a **Motion to Avoid a Lien on Household goods**, or if you want the Court to consider your views on the motion, then on or before fifteen (15) days from the date of this Notice,(March 9, 2005) you or your attorney must do three (3) things:

    **File with the Court a written response requesting that the Court hold a hearing and explaining your position. File response at U.S. Bankruptcy Court, Western District of North Carolina, P O Box 34189, Charlotte, NC 28234-4189.**

    If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

James B. Mallory III
P O Box 7
Statesville, NC 28687
Fax # 704-872-5776

US Bankruptcy Administrator
Western District of NC
402 West Trade Street, Suite 200
Charlotte NC 28202-1669
Fax # 704-344-6666

    **Attend the hearing scheduled for March 10, 2005, at 1:00 p.m**. in Room 201 of the Johnson J. Hayes Federal Building, 207 W. Main Street, Wilkesboro, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 2/22/05                          _____
                                       James B. Mallory III
                                       Attorney at Law
                                       P O Box 7
                                       Statesville, NC 28687
                                       Phone: 704-872-1911
                                       State Bar # 12479

## **CERTIFICATE OF SERVICE**

    I, James B. Mallory III, do hereby certify that I served a copy of the foregoing **MOTION TO AVOID LIEN ON HOUSEHOLD GOODS** on the following persons by depositing a copy of the same with the United States Postal Service, postage prepaid or by hand delivery to the business office.

    U S Bankruptcy Administrator
    Western District of North Carolina
    402 West Trade Street
    Suite 200
    Charlotte NC 28202-1669
    FAX:  704-344-6666

    James Ward, Trustee
    P O Box 240
    Clover, SC 29710

    WellsFargo Financial
    4137 121st St.
    Urbandale, IA 50323

    This the 22nd of February, 2005.

        JAMES B. MALLORY III

    By: _____
        James B. Mallory III
        Attorney at Law
        P O Box 7
        Statesville NC 28687
        (704) 872-1911