

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

---

In Re:  
James Matthew Wagoner  
Lonie Marie Taylor Wagoner

Case No.: 05–50094

Chapter: 7

---

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- James T. Ward Sr. is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: May 12, 2005

BY THE COURT

J. Craig Whitley  
United States Bankruptcy Judge

Electronically filed and signed (5/12/05)

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

0094   Doc 7   Filed 05/14/05   Entered 05/15/05 01:27:23   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0419-5           User: manns              Page 1 of 1                Date Rcvd: May 12, 2005
Case: 05-50094                 Form ID: 150             Total Served: 5

The following entities were served by first class mail on May 14, 2005.
db       +James Matthew Wagoner,    P O Box 271,   Hays, NC 28635-0271
db       +Lonie Marie Taylor Wagoner,    P O Box 271,   Hays, NC 28635-0271
aty      +James B. Mallory, III,   Attorney At Law,   Post Office Box 7,   Statesville, NC 28687-0007
tr        James T. Ward, Sr.,    404 Bethel Street,   P. O. Box 240,   Clover, SC  29710-0240
ust      +U.S. Bankruptcy Administrator,   402 W. Trade Street,   Suite 200,   Charlotte, NC 28202-1673

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 14, 2005**           Signature:   *Joseph Speetjens*